JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ORR, an individual, | Case No. 2:18-cv-01986-DSF-FFM |
| Plaintiff, | **ORDER RE DISMISSAL OF LAWSUIT** |
| v. | **[FED. R. CIV. P. 41(A)]** |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut corporation; CIGNA HEALTHCARE OF CALIFORNIA, a California Corporation, and DOES 1-50 | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JUDGE DALE S. FISCHER |
| Defendants. | Complaint Filed: January 12, 2018<br>FAC Filed: February 01, 2018<br>Trial Date: Not Set |

ORDER RE DISMISSAL OF LAWSUIT    1.    **Case No. 2:18-cv-01986**

## **ORDER RE DISMISSAL OF LAWSUIT**

After reviewing and considering the Stipulation Re Dismissal of Lawsuit by and between Plaintiff JAMES ORR ("Plaintiff") and Defendants CIGNA HEALTH AND LIFE INSURANCE COMPANY and CIGNA HEALTHCARE OF CALIFORNIA (collectively, "Defendants") and **GOOD CAUSE APPEARING THEREFOR**, IT IS **HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Plaintiff's First Amended Complaint and this entire action shall be, and hereby is, **DISMISSED** pursuant to Fed. R. Civ. Proc. 41(a) ***WITH PREJUDICE*** as to all of the claims of Plaintiff James Orr asserted against Defendants; and

2. Each Party shall bear his or its own attorneys' fees and costs incurred in connection with the prosecution or defense of this action.

IT IS SO ORDERED.

DATED: February 15, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE